789 A.2d 199

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**William Austin WATKINS, Respondent**

**No. 580 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 20, 2001.

## *O R D E R*

## PETITION FOR REINSTATEMENT
## FROM INACTIVE STATUS

PER CURIAM:

AND NOW, this 20th day of November, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 21, 2001 it is hereby

ORDERED that WILLIAM AUSTIN WATKINS be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.